UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

| | |
|---|---|
| ALICIA CHEN and, | Chapter 11, Subchapter V |
| JASON K. HARVEY | Case No. 23-30211-JCO |
| | |
| ALC CONSULTING LIMITED | Case No. 23-30212-JCO |
| LIABILITY COMPANY | |
| | |
| Debtors. | *Jointly Administered under* |
| _____/ | *Case No. 23-30211-JCO* |

## **2016(b) DISCLOSURE**

Debtors' counsel, Edward J. Peterson, Esq. and Johnson Pope Bokor Ruppel & Burns, LLP ("Johnson Pope"), hereby files this 2016(b) Disclosure and states the following:

Mr. Peterson represented the Debtors prepetition while employed with the law firm of Stichter Riedel Blain & Postler, PA ("Stichter Riedel"). Mr. Peterson joined Johnson Pope on March 8, 2023.

Within one year of the filing date, Stichter Riedel received the sum of $9,000.00 on account of prepetition services and as a retainer for postpetition services from the Debtors. The retainer was to be applied first to prepetition services (including costs) and the balance was to reduce Stichter Riedel's application for postpetition fees and costs.

After crediting amounts due for prepetition services, Stichter Riedel held

approximately $8,775.00 ("SR Retainer Balance") in its trust account and transferred the SR Retainer Balance to Johnson Pope on March 30, 2023. Additionally, the Debtors paid Johnson Pope $25,000.00 on March 31, 2023. Accordingly, the retainer for these Chapter 11 cases is $33,775.00. From the amount received, Johnson Pope paid the Court's filing fee of $1,738.00 for each of the Debtors' cases.

After crediting amounts due for prepetition services, Johnson Pope held approximately $28,517.00 in its trust account for post-petition fees and costs.

Johnson Pope has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my firm.

In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

    a.    Analysis of the Debtors' financial situation and rendering advice to the Debtors in determining whether to file a petition in bankruptcy under the Subchapter V Small Business Chapter 11 Reorganization.

    b.    Preparation and filing of any petition, schedules, statement of affairs and plans which may be required.

    c.    Representation of the debtors at the meeting of creditors, first day motions, negotiations with the subchapter V, chapter 11 Trustee, the confirmation hearing, and any other related contested matters.;

    d.    Negotiations with all creditors of the estate.

  e. Preparation and filing of reaffirmation agreements and applications, if applicable;

  f. Any and all additional services described in the Application to Employ Edward J. Peterson and Johnson Pope as Debtors' Counsel.

The total amount due and ultimately payable to Johnson Pope should be determined by the Court on the basis of $450.00 per hour for Edward J. Peterson and applicable hourly rates of other attorneys and paralegals employed by the firm.

Dated April 17, 2023

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN: 014612)
401 E. Jackson St., Suite 3100
Tampa, FL 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118
Email: al@jpfirm.com
Attorneys for Debtor

[CERTIFICATE OF SERVICE APPEARS ON THE FOLLOWING PAGE]

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Application to Employ Debtors' Counsel* have been furnished on this 17th day of April, 2023, by the Court's electronic mail to:

- Adisley Cortez-Rodriguez: adisley.m.cortez-rodriguez@usdoj.gov
- Sally Bussell Fox: sfox@esclaw.com, kturk@esclaw.com
- Jerrett Matthew McConnell: trustee@mcconnelllawgroup.com, F004@ecfcbis.com
- Conor McLaughlin: conor.mclaughlin@usdoj.gov
- Edward J. Peterson:  edwardp@jpfirm.com, andrenaw@jpfirm.com
- United States Trustee: USTPRegion21.TL.ECF@usdoj.gov

*/s/ Edward J. Peterson*
Edward J. Peterson (FBN 014612)